RECEIVED
IN LAKE CHARLES, LA

DEC 22 2016

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| JOHN THOMAS SPURLOCK<br>B.O.P. # 17866-045 | CIVIL ACTION NO. 2:16 -CV-01031 |
| v. | JUDGE MINALDI |
| AARON JONES, ET AL. | MAGISTRATE JUDGE KAY |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling and the Magistrate Judge's Report and Recommendation (Rec. Doc. 9), and the reasons set forth therein,

**IT IS ORDERED** that the petitioner's Federal Tort Claims Act claims raised in his amended complaint (Rec. Doc. 6) are **DISMISSED WITHOUT PREJUDICE**. The petitioner may refile these claims in a separate lawsuit.

**IT IS ORDERED** that the petitioner's 28 U.S.C. § 1983 claims are **DISMISSED WITH PREJUDICE** as time-barred.

Lake Charles, Louisiana, this 19 day of _____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

6